**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR JOEL ORIHUELA-URIOSTEGUI,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-04406-AH-MBK<br>JUDGMENT [JS-6] |

Pursuant to the Order Granting Petitioner's Motion for Voluntary Dismissal, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED and this action is dismissed without prejudice.

Dated: September 16, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE